UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANGEL ARAUJO, | No. 2:24-cv-01735-EFB (PC) |
| Petitioner, | |
| v. | ORDER LIFTING STAY |
| JASON JOHNSON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with counsel in this petition for a writ of habeas corpus brought under 28 U.S.C. § 2254. ECF No. 1. He has filed a motion to lift the stay entered by the court on February 11, 2025. ECF No. 8.

Petitioner was convicted of several state crimes related to domestic violence on September 24, 2021. ECF No. 1. He was sentenced on April 14, 2022 to four years in prison. *Id.* In the instant petition, petitioner raises three claims: (1) that he was deprived of due process by the giving of a certain jury instruction, (2) that his trial counsel rendered ineffective assistance, and (3) that the police and prosecutor committed misconduct. *Id.* His direct appeal was denied, and the California Supreme Court denied his petition for direct review on October 11, 2023. *Id.* at 3-4. Petitioner asked the court to stay the petition under either *Kelly v. Small*, 315 F.3d 1063, (9th Cir. 2003) or *Rhines v. Weber*, 544 U.S. 269 (2005) while he exhausted the second and third claims (hereinafter "claims 2 and 3") in state court. The court entered the stay. ECF No. 5.

Petitioner, having presented claims 2 and 3 to the California Supreme Court, now files an amended petition containing all three claims and a motion to lift the stay. ECF No. 8.

The court will lift the stay, but makes no finding as to the timeliness of Claims 2 and 3 or their relation to Claim 1.

Accordingly, it is hereby ORDERED that:

1. The stay entered on February 11, 2025 is LIFTED;
2. If necessary, the court will enter a further briefing schedule upon resolution of the pending motion to dismiss.

Dated: September 18, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2